IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EMORY BROOKS CONNER,

      Plaintiff,

v.                              CASE NO. 5:25cv271-RH-ZCB

WALMART TIRE & LUBE CENTER,

      Defendant.

_____/

## ORDER DISMISSING COUNTS 3 AND 4

This case is before the court on the magistrate judge's report and recommendation, ECF No. 31, and the objections, ECF Nos. 32 and 35. I have reviewed de novo the issues raised by the objections.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant's motion to dismiss counts 3 and 4, ECF No. 10, as deemed a motion for judgment on the pleadings on those counts, is granted. Counts 3 and 4 of the third amended complaint are dismissed.

3. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The plaintiff's motion to accept late filing and correct clerical error, ECF No. 33, is granted.

5. The case is remanded to the magistrate judge for further handing.

SO ORDERED on May 9, 2026.

s/Robert L. Hinkle
United States District Judge